# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SHAWANDA RENEE OBEY, M.D. | § | |
| | § | |
| V. | § | CASE NO. 4:13cv656 |
| | § | (Judge Mazzant) |
| FRISCO MEDICAL CENTER L.L.P. d/b/a | § | |
| BAYLOR MEDICAL CENTER AT FRISCO, | § | |
| ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 2, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Frisco Medical Center L.L.P. d/b/a Baylor Medical Center at Frisco, William Keaton, Dr. Jimmy Laferney, Dr. Dale Burleson, Dr. Keith Matheny, and Karen Murchison's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #41) and Defendant Colleen Wooldridge, CRNA's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(b)(1) (Dkt. #45) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Frisco Medical Center L.L.P. d/b/a Baylor Medical Center at Frisco, William Keaton, Dr. Jimmy Laferney, Dr. Dale Burleson, Dr. Keith Matheny, and Karen Murchison's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #41) is **DENIED**.

It is further **ORDERED** that Defendant Colleen Wooldridge, CRNA's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(b)(1) (Dkt. #45) is **DENIED**.

**SIGNED this 7th day of January, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE